No. 10–8101. IN RE HARVEY;

No. 10–8188. IN RE DAVIS;

No. 10–8190. IN RE ESHAN; and

No. 10–8231. IN RE MACKLIN. Petitions for writs of habeas corpus denied.